UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Jodi Burger v. Bayer Corporation, et al.* | No. 10-cv-11173-DRH |
| *Carissa Goodlett v. Bayer Corporation, et al.* | No. 10-cv-20169-DRH |
| *Loretta House v. Bayer Corporation, et al.* | No. 10-cv-20225-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on June 4, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                                JUSTINE FLANAGAN,
                                                ACTING CLERK OF COURT

                                                BY: /s/*Caitlin Fischer*
                                                      **Deputy Clerk**

**Dated:** June 6, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.06
10:37:28 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**